Christophoros **LEONTIS**, Petitioner-Appellant,

v.

P. A. **ESPERDY**, as District Director of Immigration and Naturalization for the District of New York, Respondent-Appellee.

No. 71, Docket 25850.

United States Court of Appeals Second Circuit.

Argued Nov. 3, 1960.

Decided Nov. 3, 1960.

Harold Aibel, New York City, for petitioner-appellant.

Roy Babitt, Sp. Asst. U. S. Atty., New York City (S. Hazard Gillespie, Jr., U. S. Atty., New York City, on the brief), for respondent-appellee.

Before SWAN, CLARK and MEDINA, Circuit Judges.

PER CURIAM.

Affirmed in open court on the opinion of District Judge Dawson, D.C.S.D.N.Y., 175 F.Supp. 21.

Morris **ZELTZERMAN** et al., Petitioners,

v.

**COMMISSIONER OF INTERNAL REVENUE**, Respondent.

No. 5721.

United States Court of Appeals First Circuit.

Nov. 18, 1960.

I. Frederick Shotkin, New York City, for petitioners.

Harold M. Seidel, Attorney, Department of Justice, Washington, D. C., with whom Charles K. Rice, Asst. Atty. Gen., and Lee A. Jackson and Robert N. Anderson, Attorneys, Department of Justice, Washington, D. C., were on brief, for respondent.

Before WOODBURY, Chief Judge, and HARTIGAN and ALDRICH, Circuit Judges.

PER CURIAM.

The decision of the Tax Court of the United States which the taxpayer here asks us to review rests upon that court's disposition of a disputed issue of fact. It will suffice for us to say that an examination of the evidence completely satisfies us that the Tax Court's finding is certainly not "clearly erroneous." Title 26 U.S.C. § 7482(a), Rule 52(a) F.R.Civ.P., 28 U.S.C.

Judgment will be entered affirming the decision of the Tax Court.